NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SOFPOOL LLC,**
*Plaintiff-Appellant,*

**v.**

**KMART CORPORATION** AND
**BIG LOTS STORES, INC.,**
*Defendants-Appellees.*

---

2013-1466

---

Appeal from the United States District Court for the Eastern District of California in No. 10-CV-3333, Senior Judge Lawrence K. Karlton.

---

**JUDGMENT**

---

JOHN P. COSTELLO, Costello Law Corporation, of Sacramento, California, argued for plaintiff-appellant.

PAUL L. GALE, Troutman Sanders LLP, of Irvine, California, argued for defendants-appellees. With him on the brief was SIAVASH DANIEL RASHTIAN.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


January 17, 2014               /s/  Daniel  E.  O'Toole
Date                           Daniel E. O'Toole
                               Clerk of Court